1
2
3
4
5
6
7

Priority    ✓
Send        ✓
Enter       ✓
Closed      ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA JUDD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAMA BANGEMAN, et al.,<br><br>　　　　　　Defendants. | CASE NO. SA CV 06-1061-ODW (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 6/30/08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-CLOSED\Closed-Civil Rights & Misc\JUDD, D 1061\Order accep r&r re fees.wpd